

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Community Hospital Corporation and
ContinueCare Hospital of Tyler, Inc.,
Appellants

No. 06-19-00052-CV          v.

Select Specialty Hospital - Longview, Inc.,
Appellee

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 18-
0718).  Memorandum Opinion delivered by
Justice Burgess, Chief Justice Morriss and
Justice Carter* participating.    *Justice
Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellants, Community Hospital Corporation and ContinueCare Hospital of Tyler, Inc., pay all costs of this appeal.

RENDERED SEPTEMBER 17, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk